CHARLES C. JAMES, Respondent, v. ALDERTON DOCK YARDS, LTD., Appellant.*— Judgment unanimously affirmed, with costs. The undisputed and documentary evidence furnishes an ample basis for the judgment herein. The oral evidence, properly credited by the trial court and corroborated in part, is buttressed by the documentary evidence and likewise furnishes an adequate basis for the judgment. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MARY JOYCE, Appellant, v. DAILY MIRROR, INC., Respondent.— Order granting defendant's motion to strike case from the calendar reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The mistake made by the plaintiff's attorneys in the note of issue was one which may be corrected under section 105 of the Civil Practice Act and the note of issue amended accordingly, since it clearly did not prejudice any substantial right of the defendant. (*Gair* v. *Birmingham*, 15 N. Y. Supp. 147 [not officially published]; *Clinton* v. *Myers*, 43 How. Pr. 95.) Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

ROBERT H. KOEHLER and RUSSELL PAGE KOEHLER, Appellants, v. DURYEA LUMBER CO., INC., and CHARLES W. DURYEA, Respondents.— Order denying motion for an injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

DOMENICO MANETTI, Respondent, v. VINCENZA SAVOIA MANETTI, Appellant.— Orders reversed on the law and the facts, with ten dollars costs and disbursements, motions granted to the extent of granting defendant's motion to vacate the judgment entered upon her default and to direct the acceptance of her answer, and matter remitted to the Special Term to determine defendant's motion for alimony and counsel fees. In our opinion, defendant sufficiently excused her default and should be afforded an opportunity to defend the action and assert her counterclaim. Since the Special Term did not consider her motion for alimony and counsel fees, the matter must be remitted to determine such motion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

JOSEPH MARINOWICH, Respondent, v. LLOYD SABAUDO, Appellant.— Order vacating order which denied motion to open default, and granting motion to open default, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

MARLBORO HOLDING CORPORATION, Plaintiff, v. FANNIE ARVINTZ, Appellant, Impleaded with Others, Defendants. ALBERT GONDELMAN, as Receiver, etc., of 2981 Bedford Avenue, Brooklyn, N. Y., Respondent.— Order directing the appellant to attorn to the receiver affirmed, without costs, on authority of *Holmes* v. *Gravenhorst* (238 App. Div. 313). Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

* Affd., 263 N. Y. 524.